UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN NATHAN,<br>    Plaintiff<br><br>v.<br><br>LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br>    Defendant | Civil Action No.<br><br><br><br>**COMPLAINT** |

INTRODUCTION

This is a lawsuit to allow for short term disability insurance benefits under a group short term disability plan sponsored by the Massachusetts Mutual Life Insurance Company.

PARTIES

1. The plaintiff, Benjamin ("Ben") Nathan is a resident of Peabody, Massachusetts.

2. Ben was employed at all relevant times by the Noble Financial Group ("Noble"), an entity in Wakefield, Massachusetts that is affiliated with Massachusetts Mutual Life Insurance Company as a qualified registered representative. Massachusetts Mutual Life Insurance Company has offices in Boston, Massachusetts and Springfield, Massachusetts.

3. Lincoln National Life Insurance Company ("Lincoln") is located in Omaha, Nebraska.

JURISDICTION AND VENUE

4. At all times relevant to the onset of his disability in September 2021, Ben lived in Peabody Massachusetts.

5. Ben's employer, Noble, sponsored a group short term disability plan (the "Plan") fully insured by Lincoln.

1

6. Upon information and belief, this Court has original jurisdiction for claims for benefits arising under the Employer Retirement Security Act ("ERISA") and 29 U.S.C. §1132.

## FACTS

7. At all relevant times, Ben was an eligible participant in the Plan.

8. Ben submitted a claim under the Plan in September 2021.

9. Among other things, Ben's disability claim had a risk of disability component to it that resulted in his health worsening upon exposure to a specific environment.

10. Lincoln denied Ben's short term disability claim.

11. Ben timely appealed the denial.

12. Lincoln denied Ben's appeal on or about April 5, 2022.

## COUNT I

13. Ben restates and realleges paragraphs 1 through 12 and incorporates the same by reference as if fully set forth herein.

14. Lincoln violated Ben's right to a full and fair review promised under ERISA.

15. Lincoln's denial of Ben's claim and appeal was arbitrary and was inconsistent with the terms of the Plan.

16. As a result of Lincoln's refusal and failure to pay Ben's short term disability claim, Ben is entitled to recover benefits and to enforce his rights under the Plan.

WHEREFORE, the Plaintiff, Benjamin Nathan, demands relief and judgment against the Defendant Plan as follows:

1. Injunctive relief declaring the rights, duties, and remedies of the parties regarding his claim for benefits under the plan.

2. An amount of damages to be determined by this Court, plus pre-judgment interest, post-judgment interest, costs and reasonable attorneys' fees allowed by statute or otherwise.

                                        Respectfully submitted for the Plaintiff,

                                        BENJAMIN NATHAN

                                        By:    */s/George M. Thompson Jr.*
                                        George M. Thompson, Jr. (BBO #55603)
                                        The Law Office of George Thompson
                                        P.O. Box 1181
                                        Westborough, MA 01581
                                        Phone: (508) 366-1304
                                        gthompson@gthompsonlegal.com

Dated: November 14, 2022